# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

156802

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* Application of CONSUMERS ENERGY
COMPANY to Increase Rates.
_____

ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
      Appellant,

v

CONSUMERS ENERGY COMPANY,
      Petitioner-Appellee,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
MICHIGAN CABLE TELECOMMUNICATIONS
ASSOCIATION, MICHIGAN
ENVIRONMENTAL COUNCIL, NATURAL
RESOURCES DEFENSE COUNCIL, and
HEMLOCK SEMICONDUCTOR
CORPORATION,
      Appellees.

_____/

SC: 156802
COA: 330675
MPSC: 00-017735

      By order of October 5, 2018, the application for leave to appeal the December 28, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *Henderson v Civil Serv Comm* (Docket No. 156270). On order of the Court, the case having been decided on March 15, 2019, ___ Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



Clerk

p0520